# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUISE DALESANDRO,** | : | CIVIL ACTION NO. 1:16-CV-584 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 23rd day of May, 2016, upon consideration of the report (Doc. 12) of Magistrate Judge Susan E. Schwab, acknowledging the parties' joint stipulation (Doc. 11) to dismiss Count II of plaintiff's complaint (Doc. 1-1) and recommending that the court thus deny as moot defendant's motion (Doc. 4) to dismiss Count II, it is hereby ORDERED that:

1. The report (Doc. 12) of Magistrate Judge Schwab is ADOPTED.

2. Defendant's motion (Doc. 4) to dismiss Count II of plaintiff's complaint (Doc. 1-1) is DENIED as moot.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania